# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:18-cv-344-MOC

| | | |
|---|---|---|
| **JOSEPH BENJAMIN DEBTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

 **THIS MATTER** is before the Court on Defendant's Consent Motion for Extension of Time to File Response. (Doc. No. 18).

## ORDER

 **IT IS HEREBY, ORDERED** that Defendant's Consent Motion, (Doc. No. 18), is **GRANTED**, and Defendant shall have up to and including July 10, 2019, to respond to Plaintiff's motions and supporting memorandum.

Signed: June 7, 2019

Max O. Cogburn Jr.
United States District Judge